UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAYSCALE, INC.,<br><br>                Plaintiff,<br>   v.<br><br>SALARY.COM, LLC,<br><br>                Defendant. | CASE NO. 2:25-cv-00237-LK<br><br>ORDER REQUESTING SUPPLEMENTAL BRIEFING |

      This matter comes before the Court sua sponte. On May 27, 2025, Plaintiff Payscale, Inc. filed a Motion to Dismiss Defendant Salary.com, LLC's Counterclaims or Alternatively for a More Definite Statement. Dkt. No. 22. In relevant part, the motion states that—under the Defend Trade Secrets Act ("DTSA")—"[t]he boundaries of the alleged trade secrets must be described with particularity," which Payscale says Salary.com fails to do. *Id.* at 8–12. Salary.com objects to this point of law, stating that "nothing in the DTSA requires pleading a trade secret with the particularity Payscale demands." Dkt. No. 25 at 16–17.

ORDER REQUESTING SUPPLEMENTAL BRIEFING - 1

On August 12, 2025, the Ninth Circuit issued a precedential opinion addressing the level of particularity required under the DTSA. *Quintara Biosciences, Inc. v. Ruifeng Biztech, Inc.*, No. 23-16093, 2025 WL 2315671 (9th Cir. Aug. 12, 2025). Considering this development, the Court ORDERS each party to provide a supplemental brief of up to 2,100 words within 21 days of this Order addressing whether *Quintara* affects its position on the pending motion.

Dated this 25th day of September, 2025.

Lauren King
United States District Judge